IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH'S STUDIO LLC,<br><br>Plaintiff,<br><br>v.<br><br>MIANYANGJIAJUNJIANZHUJIXIESHE BEIZULINYOUXIANGONGSI, *et al.*,<br><br>Defendants. | Civil Action No. 26-cv-1259<br><br>(Judge Wiegand) |

**NOTICE OF MOOTNESS**

Plaintiff Elizabeth's Studio LLC ("Elizabeth's Studio") herby gives notice to the Court that the MOTION to Vacate *THE PRELIMINARY INJUNCTION AND TO DISMISS THE COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND MISJOINDER* by AOMISS.COM, LUDITU.COM, VBLAX.COM, VEOWN.COM (ECF No. 46) is now moot. Elizabeth's Studio and these defendants have settled and these defendants were dismissed on August 11, 2026. (ECF No. 57.)

Respectfully submitted,

Dated: September 2, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorneys for Plaintiff